[No. 7,647.—Department Two.]
October 28, 1882.

## ASA HOWARD v. B. C. JACKSON.

APPEAL—ERROR.—No error appearing, the judgment will be affirmed.

APPEAL by defendant from a judgment of the Superior Court of the County of Alameda. CRANE, J.

Action on a promissory note. The facts are stated in the opinion of the Court.

*Van Ness & Moore*, for Appellant.

*Thomas Watt* and *W. Van Voorhees*, for Respondent.

The COURT:

This is an action on a promissory note, the execution of which is admitted in the answer. The only defense is, that there was an extension of the time of payment. The findings are all in favor of the plaintiff, and no part of the evidence is brought up in the transcript. There is no error apparent in the proceedings, and the judgment is affirmed.